IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID RUSSELL, | ) | No. C 12-02045 EJD (PR) |
| Petitioner, | ) ) | ORDER TO SHOW CAUSE |
| vs. | ) ) | |
| G. D. LEWIS, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the effect of recently passed state legislation on the duration of his sentence. Petitioner has paid the filing fee. (See Docket No. 3.)

**BACKGROUND**

According to the petition, Petitioner pleaded guilty in Los Angeles County Superior Court to first degree robbery and assault with a firearm. (Pet. at 2.) Petitioner was sentenced on March 3, 2009, to 25 years and 8 months in state prison. (Id.)

On March 30, 2012, Petitioner filed the instant federal habeas petition,

Order to Show Cause
G:\PRO-SE\SJ.EJD\HC.12\02045Russell_osc.wpd

challenging his ineligibility to earn custody credits toward early release due to his status as a SHU inmate pursuant to state legislation.

## DISCUSSION

A.  Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.  Legal Claims

Petitioner claims that the effect of legislation, which came into effect on January 25, 2010, and provided that inmates housed in the SHU are no longer eligible to earn custody credits toward early release, violates his constitutional rights. Petitioner first claims that revoking his good time credits violates the Ex Post Facto Clause. Secondly, Petitioner claims that the revocation violates his right to due process. Liberally construed, his claims are cognizable under § 2254 and merit an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1.  The Clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

2.  Respondent shall file with the court and serve on petitioner, within

Order to Show Cause
G:\PRO-SE\SJ.EJD\HC.12\02045Russell_osc.wpd         2

**sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

4. Petitioner is reminded that all communications with the court must be served on Respondent by mailing a true copy of the document to Respondent's counsel.  Petitioner must also keep the Court and all parties informed of any change of address.

DATED:  7/20/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID RUSSELL,

        Petitioner,

v.

G. D. LEWIS, Warden,

        Respondent.

Case Number: CV12-02045 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/20/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael David Russell C-90473
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated: 7/20/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk